BEFORE THE THIRD DIVISION, JANUARY 26, 1944

**No. 49169.**—Protest 102219–K of Chesebro, Robbins & Graham, Inc. (New York).

Opinion by CLINE, J. It was stipulated that certain of the merchandise in question consists of frozen frogs' legs similar to those involved in *Pacific Trading Co.* v. *United States* (8 Cust. Ct. 221, C. D. 610), the record in which case was admitted in evidence herein. The protest was sustained to this extent.